# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH COURT OF PENNSYLVANIA, EX REL. ALEXI SANTIO DELMORAL, | : | No. 135 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, SUPERINTENDENT KENNETH EASON, SUPERVISOR OF THE RECORDS OFFICE, LATORIA JOHNSON, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of March, 2022, the Application for Leave to File Original Process is GRANTED. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief seeks an exercise of extraordinary jurisdiction, the Petition is DENIED. To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief seeks mandamus relief, it is DISMISSED.